**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dennis R. Morales                  CHAPTER 13
       Ericka L. Morales

                                                BKY. NO. 19-14648 JKF

               Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1 and index same on the master mailing list.

                                           Respectfully submitted,
                                           **/s/ Rebecca A. Solarz Esquire**
                                           Rebecca A Solarz, Esquire
                                           Kevin G. McDonald, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322