**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

----------------------------------------------------x
In re:                                          :
                                                :    Chapter 13
    DENNIS R. MORALES,                :
                                                :    Bankruptcy No. 19-14648 (JKF)
               Debtor.         :
----------------------------------------------------x

**PRAECIPE TO WITHDRAW OBJECTION**
**TO CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 36) filed by the City of Philadelphia on February 5, 2020.

                                      Respectfully submitted,

                                      THE CITY OF PHILADELPHIA

Dated: March 13, 2020    By:    /s/ Megan N. Harper
                                           Megan N. Harper
                                           Deputy City Solicitor
                                           City of Philadelphia Law Department
                                           1401 JFK Blvd., 5th Floor
                                           Philadelphia, PA  19102-1595
                                           215-686-0503 (phone)
                                           215-686-0588 (facsimile)
                                           Email: Megan.Harper@Phila.gov