United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-14648-jkf
Dennis R. Morales   Chapter 13
Ericka L Morales
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Christina   Page 1 of 1   Date Rcvd: Mar 19, 2020
                     Form ID: 155   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.
db/jdb      +Dennis R. Morales,   Ericka L Morales,   3820 Palmetto Street,   Philadelphia, PA 19124-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020   Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:
        KARINA VELTER    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
         amps@manleydeas.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-1
         lkarl@rascrane.com,   lbkarl03@yahoo.com
        MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
         karena.blaylock@phila.gov
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Ericka L Morales ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CATALDO2    on behalf of Debtor Dennis R. Morales ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Dennis R. Morales ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Ericka L Morales ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-1
         bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dennis R. Morales and Ericka L Morales

    Debtor(s)

Chapter: 13

Bankruptcy No: 19−14648−jkf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 18th day of March 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Jean K. FitzSimon
                                            Judge ,
                                            United States Bankruptcy Court

                                                                             44
                                                                           Form 155