Case 19-14648-jkf    Doc 47    Filed 03/23/20    Entered 03/23/20 16:21:12    Desc Main
Document      Page 1 of 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DENNIS & ERICKA MORALES,<br>　　　　　　　　　Debtor(s). | Case No. 19-14648JKF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____ day of _____, 201_____, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,500.00** may be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

**Date: March 23, 2020**

_____
HON. JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE