United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Dennis R. Morales   
Ericka L Morales   
     Debtors

Case No. 19-14648-jkf   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Mar 23, 2020   
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.   
db/jdb        +Dennis R. Morales,   Ericka L Morales,   3820 Palmetto Street,   Philadelphia, PA 19124-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****   
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:

          KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto    amps@manleydeas.com   
          LAUREN BERSCHLER KARL    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-1    lkarl@rascrane.com, lbkarl03@yahoo.com   
          MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov, karena.blaylock@phila.gov   
          MICHAEL A. CATALDO2    on behalf of Joint Debtor Ericka L Morales ecf@ccpclaw.com, igotnotices@ccpclaw.com   
          MICHAEL A. CATALDO2    on behalf of Debtor Dennis R. Morales ecf@ccpclaw.com, igotnotices@ccpclaw.com   
          MICHAEL A. CIBIK2    on behalf of Debtor Dennis R. Morales ecf@ccpclaw.com, igotnotices@ccpclaw.com   
          MICHAEL A. CIBIK2    on behalf of Joint Debtor Ericka L Morales ecf@ccpclaw.com, igotnotices@ccpclaw.com   
          REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-1    bkgroup@kmllawgroup.com   
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com   
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com   
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov   
                                                                                                                                                            TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DENNIS & ERICKA MORALES,<br>Debtor(s). | Case No. 19-14648JKF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____ day of _____, 201_____, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,500.00** may be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

**Date: March 23, 2020**

_____
HON. JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE