United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-14648-jkf
Dennis R. Morales   Chapter 13
Ericka L Morales
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: May 18, 2020
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2020.
db/jdb       +Dennis R. Morales,   Ericka L Morales,   3820 Palmetto Street,   Philadelphia, PA 19124-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2020 at the address(es) listed below:
        KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
         amps@manleydeas.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-1
         lkarl@rascrane.com, lbkarl03@yahoo.com
        MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
         karena.blaylock@phila.gov
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Ericka L Morales ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CATALDO2    on behalf of Debtor Dennis R. Morales ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Dennis R. Morales ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Ericka L Morales ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-1
         bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                      TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   DENNIS R. MORALES
        ERICKA L. MORALES      :      Chapter13

DEBTOR)      :      Bankruptcy No. 19-14648JKF13

**O R D E R**

AND NOW, this   18th   day of   May  , 2020 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fees in the amount of $750 are Approved to Cibik & Cataldo, P.C. in relation to services rendered for modifying the plan after confirmation.

Upon approval of the Supplemental Fee Application the trustee may pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

*(signature)*

HON. JEAN K. FITZSIMON
U.S. Bankruptcy Judge