**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :          CHAPTER 13

Dennis & Ericka Morales
    DEBTOR                          :     BKY. NO.  19-14648JKF13

**ORDER**

AND NOW, this _____ day of _____ 2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *First Modified Plan* filed April 20, 2020 as document number 49 is approved.

By the Court:

*/s/ Jean K. FitzSimon*
_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

**Date: May 28, 2020**