United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dennis R. Morales
Ericka L Morales
       Debtors

Case No. 19-14648-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Christina   Page 1 of 1   Date Rcvd: May 28, 2020
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.
db/jdb       +Dennis R. Morales,   Ericka L Morales,   3820 Palmetto Street,   Philadelphia, PA 19124-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:
      KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto    amps@manleydeas.com
      LAUREN BERSCHLER KARL    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-1    lkarl@rascrane.com, lbkarl03@yahoo.com
      MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov, karena.blaylock@phila.gov
      MICHAEL A. CATALDO2    on behalf of Joint Debtor Ericka L Morales ecf@ccpclaw.com, igotnotices@ccpclaw.com
      MICHAEL A. CATALDO2    on behalf of Debtor Dennis R. Morales ecf@ccpclaw.com, igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Dennis R. Morales ecf@ccpclaw.com, igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Joint Debtor Ericka L Morales ecf@ccpclaw.com, igotnotices@ccpclaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-1    bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Dennis & Ericka Morales | | |
| DEBTOR | : | BKY. NO. 19-14648JKF13 |

**ORDER**

AND NOW, this          day of                    2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *First Modified Plan* filed April 20, 2020 as document number 49 is approved.

By the Court:

*[signature]*

**Date: May 28, 2020**

Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE