| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-14648-AMC**

DENNIS R. MORALES
ERICKA L MORALES
3820 PALMETTO STREET
PHILADELPHIA  PA    19124

Petition Filed Date: 07/25/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 03/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2019 | $1,000.00 | Automatic Pay | 10/02/2019 | $1,000.00 | | 11/01/2019 | $1,000.00 | |
| 12/03/2019 | $1,000.00 | | 01/03/2020 | $1,000.00 | | 02/03/2020 | $1,000.00 | |
| 03/03/2020 | $1,000.00 | | 04/08/2020 | $1,092.00 | | 05/04/2020 | $1,046.00 | |
| 06/02/2020 | $1,046.00 | | 07/02/2020 | $751.00 | | 08/03/2020 | $751.00 | |

**Total Receipts for the Period: $11,686.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,686.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01S | Secured Creditors | $19,424.00 | $0.00 | $19,424.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $72,468.68 | $0.00 | $72,468.68 |
| 3 | PHILADELPHIA PARKING AUTHORITY<br>»» 002 | Unsecured Creditors | $36.00 | $0.00 | $36.00 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $372.82 | $0.00 | $372.82 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 004 | Secured Creditors | $454.90 | $0.00 | $454.90 |
| 0 | CIBIK & CATALDO PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 6 | WELLS FARGO DEALER SERVICES<br>»» 06S | Secured Creditors | $21,600.00 | $0.00 | $21,600.00 |
| 7 | WELLS FARGO DEALER SERVICES<br>»» 06U | Unsecured Creditors | $7,891.45 | $0.00 | $7,891.45 |
| 8 | NATIONSTAR MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $2,997.99 | $0.00 | $2,997.99 |
| 9 | DEPARTMENT OF EDUCATION<br>»» 008 | Unsecured Creditors | $3,752.75 | $0.00 | $3,752.75 |
| 10 | PHILADELPHIA GAS WORKS<br>»» 009 | Unsecured Creditors | $120.01 | $0.00 | $120.01 |
| 11 | AMERICAN FIRST FINANCE<br>»» 010 | Unsecured Creditors | $1,291.79 | $0.00 | $1,291.79 |
| 12 | PYOD LLC<br>»» 011 | Unsecured Creditors | $1,299.27 | $0.00 | $1,299.27 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $104.06 | $0.00 | $104.06 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Priority Crediors | $6,712.61 | $4,669.50 | $2,043.11 |
| 0 | CIBIK & CATALDO PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

**Chapter 13 Case No. 19-14648-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,686.00 | Current Monthly Payment: | $751.00 |
| Paid to Claims: | $9,919.50 | Arrearages: | ($2,433.00) |
| Paid to Trustee: | $1,090.60 | Total Plan Base: | $63,325.00 |
| Funds on Hand: | $675.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.