# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Dennis R. Morales** | : | **Case No.: 19-14648** |
| **Ericka L Morales** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

19-035491_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 19-14648 |
| **Dennis R. Morales** | : **Chapter 13** |
| **Ericka L Morales** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Dennis R. Morales** | : |
| **Ericka L Morales** | : |
| | : |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

Michael A. Cataldo2, Attorney for Dennis R. Morales and Ericka L Morales, 1500 Walnut Street, Suite 900, Philadelphia, PA  19102, ecf@ccpclaw.com

Michael A. Cibik2, Attorney for Dennis R. Morales and Ericka L Morales, 1500 Walnut Street, Suite 900, Philadelphia, PA  19102, ecf@ccpclaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Dennis R. Morales and Ericka L Morales, 3820 Palmetto Street, Philadelphia, PA  19124

DATE: March 9, 2021

19-035491_PS

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com