| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 19-14648-AMC

DENNIS R. MORALES
ERICKA L MORALES
3820 PALMETTO STREET
PHILADELPHIA  PA   19124

Petition Filed Date: 07/25/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 03/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $751.00 | | 05/06/2021 | $751.00 | | 06/08/2021 | $751.00 | |
| 07/07/2021 | $751.00 | | 08/05/2021 | $751.00 | | 09/07/2021 | $751.00 | |
| 10/06/2021 | $751.00 | | 11/05/2021 | $751.00 | | 12/06/2021 | $751.00 | |
| 01/06/2022 | $751.00 | | 02/07/2022 | $751.00 | | 03/07/2022 | $751.00 | |
| 04/05/2022 | $751.00 | | 05/06/2022 | $751.00 | | 06/07/2022 | $751.00 | |
| 07/07/2022 | $751.00 | | | | | | | |

**Total Receipts for the Period: $12,016.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $28,959.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS) »» 01S | Secured Creditors | $19,424.00 | $6,311.77 | $13,112.23 |
| 2 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $72,468.68 | $0.00 | $72,468.68 |
| 3 | PHILADELPHIA PARKING AUTHORITY »» 002 | Unsecured Creditors | $36.00 | $0.00 | $36.00 |
| 4 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $372.82 | $0.00 | $372.82 |
| 5 | PHILADELPHIA GAS WORKS »» 004 | Secured Creditors | $454.90 | $147.85 | $307.05 |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 6 | WELLS FARGO DEALER SERVICES »» 06S | Secured Creditors | $21,600.00 | $7,018.82 | $14,581.18 |
| 7 | WELLS FARGO DEALER SERVICES »» 06U | Unsecured Creditors | $7,891.45 | $0.00 | $7,891.45 |
| 8 | NATIONSTAR MORTGAGE LLC »» 007 | Mortgage Arrears | $2,997.99 | $974.15 | $2,023.84 |
| 9 | DEPARTMENT OF EDUCATION »» 008 | Unsecured Creditors | $3,752.75 | $0.00 | $3,752.75 |
| 10 | PHILADELPHIA GAS WORKS »» 009 | Unsecured Creditors | $120.01 | $0.00 | $120.01 |
| 11 | AMERICAN FIRST FINANCE »» 010 | Unsecured Creditors | $1,291.79 | $0.00 | $1,291.79 |
| 12 | PYOD LLC »» 011 | Unsecured Creditors | $1,299.27 | $0.00 | $1,299.27 |
| 13 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $104.06 | $32.19 | $71.87 |

**Chapter 13 Case No. 19-14648-AMC**

| 14 | CITY OF PHILADELPHIA (LD) »» 013 | Priority Crediors | $6,712.61 | $6,712.61 | $0.00 |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,959.00 | Current Monthly Payment: | $751.00 |
| Paid to Claims: | $26,447.39 | Arrearages: | ($1,682.00) |
| Paid to Trustee: | $2,509.99 | Total Plan Base: | $63,325.00 |
| Funds on Hand: | $1.62 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.