| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-14648-AMC

DENNIS R. MORALES  
ERICKA L MORALES  
3820 PALMETTO STREET  
PHILADELPHIA PA   19124

Petition Filed Date: 07/25/2019  
341 Hearing Date: 09/06/2019  
Confirmation Date: 03/18/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $751.00 | | 09/06/2022 | $751.00 | | 10/06/2022 | $751.00 | |
| 11/07/2022 | $751.00 | | 12/07/2022 | $751.00 | | 01/06/2023 | $751.00 | |
| 02/06/2023 | $751.00 | | 03/07/2023 | $751.00 | | 04/05/2023 | $751.00 | |
| 05/08/2023 | $751.00 | | 06/06/2023 | $751.00 | | 07/07/2023 | $751.00 | |

**Total Receipts for the Period: $9,012.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $38,722.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS)<br>»»  01S | Secured Creditors | $19,424.00 | $9,911.12 | $9,512.88 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  01U | Unsecured Creditors | $72,468.68 | $0.00 | $72,468.68 |
| 3 | PHILADELPHIA PARKING AUTHORITY<br>»»  002 | Unsecured Creditors | $36.00 | $0.00 | $36.00 |
| 4 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $372.82 | $0.00 | $372.82 |
| 5 | PHILADELPHIA GAS WORKS<br>»»  004 | Secured Creditors | $454.90 | $232.13 | $222.77 |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 6 | WELLS FARGO DEALER SERVICES<br>»»  06S | Secured Creditors | $21,600.00 | $11,021.38 | $10,578.62 |
| 7 | WELLS FARGO DEALER SERVICES<br>»»  06U | Unsecured Creditors | $7,891.45 | $0.00 | $7,891.45 |
| 8 | NATIONSTAR MORTGAGE LLC<br>»»  007 | Mortgage Arrears | $2,997.99 | $1,529.69 | $1,468.30 |
| 9 | US DEPARTMENT OF EDUCATION<br>»»  008 | Unsecured Creditors | $3,752.75 | $0.00 | $3,752.75 |
| 10 | PHILADELPHIA GAS WORKS<br>»»  009 | Unsecured Creditors | $120.01 | $0.00 | $120.01 |
| 11 | AMERICAN FIRST FINANCE<br>»»  010 | Unsecured Creditors | $1,291.79 | $0.00 | $1,291.79 |
| 12 | PYOD LLC<br>»»  011 | Unsecured Creditors | $1,299.27 | $0.00 | $1,299.27 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»»  012 | Secured Creditors | $104.06 | $48.28 | $55.78 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»»  013 | Priority Creditors | $6,712.61 | $6,712.61 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

Chapter 13 Case No. 19-14648-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,722.00 | Current Monthly Payment: | $751.00 |
| Paid to Claims: | $34,705.21 | Arrearages: | ($2,433.00) |
| Paid to Trustee: | $3,328.58 | Total Plan Base: | $63,325.00 |
| Funds on Hand: | $688.21 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.