UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

IN RE:     DENNIS R MORALES                        CASE NO:   19-14648
                                                   CHAPTER:   13

          Debtor (s)

**<u>Change of Address – Notifications for Creditor</u>**

As to Claim  6-1,  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for
Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000 | P.O. Box 169005 |
| Raleigh NC 27605 | Irving, TX 75016 |

Please note that the address for payment **has not changed**.  Consult the proof of claim for the
payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address:  BKChapter13@WellsFargo.com

          7/26/2024                              /s/ LaDonna Broadway
                                                 Bankruptcy Processor
                                                 Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

### CERTIFICATE OF SERVICE

Eastern District of Pennsylvania (Philadelphia)

IN RE:      DENNIS R MORALES                          CASE NO:    19-14648

                                                      CHAPTER:    13

          Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on
_____7/26/2024_____, I served a true and correct copy of the above notice of address change on the
Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not
represented by counsel.

_____7/26/2024_____          ____/s/ LaDonna Broadway_____
                                           Bankruptcy Processor
                                           Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto