**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


**PRAECIPE TO WITHDRAW AND SUBSTITUTE**

Effective March 20, 2026, I will no longer be associated with the law firm of KML Law Group, P.C.  Kindly withdraw my appearance on the matters in Exhibit "A" and substitute Matthew Fissel, Esq., of KML Law Group, P.C. in my place.


|  | Respectfully submitted, |
|---|---|
|  | KML Law Group, P.C. |
| Dated: 3/18/2026 | By:   /s/Denise Carlon, Esq. |
|  | Denise Carlon, Esquire |
|  | KML Law Group, P.C. |
|  | Suite 5000 – BNY Independence Center |
|  | 701 Market Street |
|  | Philadelphia, PA  19106-1532 |


Kindly enter my appearance on the matters listed in Exhibit "A" in place of Denise Carlon, Esq.


|  | Respectfully submitted, |
|---|---|
| Dated: 3/18/2026 | KML Law Group, P.C. |
|  | By:   /s/Matthew Fissel, Esq. |
|  | Matthew Fissel, Esquire |
|  | KML Law Group, P.C. |
|  | Suite 5000 – BNY Independence Center |
|  | 701 Market Street |
|  | Philadelphia, PA  19106-1532 |