United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                           Case No. 19-14648-amc

Dennis R. Morales                                                   Chapter 13

Ericka L Morales

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                 User: admin                  Page 1 of 4

Date Rcvd: Jun 25, 2026          Form ID: 138OBJ              Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis R. Morales, Ericka L Morales, 3820 Palmetto Street, Philadelphia, PA 19124-5416 |
| 14904282 | + | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14904605 | + | New Residential Mortgage Loan Trust 2017-1, RAS Crane, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14380446 | + | New Residential Mortgage Loan Trust 2017-1, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14362734 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 26 2026 01:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 26 2026 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14386697 | | Email/PDF: bncnotices@becket-lee.com | Jun 26 2026 01:03:10 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14362723 | | Email/Text: megan.harper@phila.gov | Jun 26 2026 01:09:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14362724 | | Email/Text: megan.harper@phila.gov | Jun 26 2026 01:09:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14432491 | | Email/Text: megan.harper@phila.gov | Jun 26 2026 01:09:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14452009 | | Email/Text: megan.harper@phila.gov | Jun 26 2026 01:09:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14362721 | + | Email/Text: ecf@ccpclaw.com | Jun 26 2026 01:08:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14362725 | + | Email/Text: bankruptcy@philapark.org | Jun 26 2026 01:09:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |

| | | | | |
|---|---|---|---|---|
| 14362726 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 26 2026 01:09:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14362728 | | Email/Text: bankruptcycourts@equifax.com | Jun 26 2026 01:08:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14362727 | + | Email/Text: EBN@edfinancial.com | Jun 26 2026 01:08:00 | EdFinancial Services, Attn: Bankruptcy, PO Box 36008, Knoxville, TN 37930-6008 |
| 14381069 | + | Email/Text: EBN@edfinancial.com | Jun 26 2026 01:08:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14362729 | ^ | MEBN | Jun 26 2026 00:59:44 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14362730 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 26 2026 01:08:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14371398 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 01:13:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14362732 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 26 2026 01:08:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14472179 | ^ | MEBN | Jun 26 2026 00:59:58 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14366520 | + | Email/Text: RASEBN@raslg.com | Jun 26 2026 01:08:00 | New Residential Mortgage Loan Trust, c/o Lauren Berschler Karl, Esq., 10700 Abbott's Bridge Road, Suite 170, Duluth GA 30097-8461 |
| 14362733 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 26 2026 01:08:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14362736 | ^ | MEBN | Jun 26 2026 00:59:46 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14397059 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 01:03:13 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14362735 | | Email/Text: bankruptcygroup@peco-energy.com | Jun 26 2026 01:09:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14362737 | + | Email/Text: bankruptcy@philapark.org | Jun 26 2026 01:09:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14371229 | + | Email/Text: bankruptcy@philapark.org | Jun 26 2026 01:09:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14362738 | + | Email/Text: bankruptcy@sw-credit.com | Jun 26 2026 01:09:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14362739 | | Email/Text: DASPUBREC@transunion.com | Jun 26 2026 01:08:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14463319 | + | Email/Text: megan.harper@phila.gov | Jun 26 2026 01:09:00 | The City of Philadelphia, c/o Megan N. Harper, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14362740 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 26 2026 01:08:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15055041 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Jun 26 2026 01:02:36 | Wells Fargo Auto, PO Box 51963, Los Angeles CA 90051-6263 |
| 14376866 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 26 2026 01:02:51 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P O Box 169005, Irving, TX 75016-9005 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: 138OBJ | Total Noticed: 39 |

| 14376867 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | |
|---|---|---|---|
| | | Jun 26 2026 01:02:33 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14400601 | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Jun 26 2026 01:02:51 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14362741 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | |
| | | Jun 26 2026 01:02:51 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14362722 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14362731 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14362719 | ##+ | Amer Fst Fin, 7330 W. 33rd Street, Wichita, KS 67205-9369 |
| 14362720 | ##+ | Asset Maximization Group, Attn: Bankruptcy, PO Box 190191, South Richmond Hill, NY 11419-0191 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| LAUREN BERSCHLER KARL | |
| | on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 lkarl@rascrane.com  lbkarl03@yahoo.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MEGAN N. HARPER | |
| | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | |
| | on behalf of Debtor Dennis R. Morales help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | |
| | on behalf of Joint Debtor Ericka L Morales help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROGER FAY | |

District/off: 0313-2                                    User: admin                                        Page 4 of 4

Date Rcvd: Jun 25, 2026                              Form ID: 138OBJ                              Total Noticed: 39

on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 rfay@alaw.net  bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)–doc 88 – 79

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Dennis R. Morales | ) | Case No. 19–14648–amc |
| | ) | |
| | ) | |
|   Ericka L Morales | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 25, 2026

For The Court

Mohung Wong
Clerk of Court