United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-14648-amc |
|---|---|
| Dennis R. Morales | Chapter 13 |
| Ericka L Morales | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis R. Morales, Ericka L Morales, 3820 Palmetto Street, Philadelphia, PA 19124-5416 |
| 14904282 | + | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14904605 | + | New Residential Mortgage Loan Trust 2017-1, RAS Crane, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14380446 | + | New Residential Mortgage Loan Trust 2017-1, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14362734 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 16 2026 05:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | New Residential Mortgage Loan Trust 2017-1, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14386697 | | Email/PDF: bncnotices@becket-lee.com | Jul 16 2026 02:07:26 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14452009 | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14362723 | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14362724 | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14432491 | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | Water Revenue Bureau, c/o Pamela Elchert |

District/off: 0313-2

User: admin

Date Rcvd: Jul 15, 2026

Form ID: 3180W

Total Noticed: 41

| | | | | |
|---|---|---|---|---|
| | | | | Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14362721 | + | Email/Text: ecf@ccpclaw.com | Jul 16 2026 02:00:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14362725 | + | Email/Text: bankruptcy@philapark.org | Jul 16 2026 02:01:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14362726 | + | EDI: CCS.COM | Jul 16 2026 05:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14362728 | | Email/Text: bankruptcycourts@equifax.com | Jul 16 2026 02:00:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14362727 | + | Email/Text: EBN@edfinancial.com | Jul 16 2026 02:00:00 | EdFinancial Services, Attn: Bankruptcy, PO Box 36008, Knoxville, TN 37930-6008 |
| 14381069 | + | Email/Text: EBN@edfinancial.com | Jul 16 2026 02:00:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14362729 | ^ | MEBN | Jul 16 2026 01:57:36 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14362730 | | EDI: IRS.COM | Jul 16 2026 05:51:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14371398 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14362732 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 16 2026 02:00:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14472179 | ^ | MEBN | Jul 16 2026 01:57:58 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14366520 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 02:00:00 | New Residential Mortgage Loan Trust, c/o Lauren Berschler Karl, Esq., 10700 Abbott's Bridge Road, Suite 170, Duluth GA 30097-8461 |
| 14362733 | + | EDI: LCIPHHMRGT | Jul 16 2026 05:51:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14362736 | ^ | MEBN | Jul 16 2026 01:57:42 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14397059 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:26 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14362735 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 16 2026 02:00:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14362737 | + | Email/Text: bankruptcy@philapark.org | Jul 16 2026 02:01:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14371229 | + | Email/Text: bankruptcy@philapark.org | Jul 16 2026 02:01:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14362738 | + | Email/Text: bankruptcy@sw-credit.com | Jul 16 2026 02:00:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14362739 | | Email/Text: DASPUBREC@transunion.com | Jul 16 2026 01:59:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14463319 | + | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | The City of Philadelphia, c/o Megan N. Harper, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14362740 | + | EDI: VERIZONCOMB.COM | | |

District/off: 0313-2 | User: admin | Page 3 of 4

Date Rcvd: Jul 15, 2026 | Form ID: 3180W | Total Noticed: 41

| | | | |
|---|---|---|---|
| | | Jul 16 2026 05:51:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15055041 | EDI: WFFC | Jul 16 2026 05:51:00 | Wells Fargo Auto, PO Box 51963, Los Angeles CA 90051-6263 |
| 14376866 | + EDI: WFFC2 | Jul 16 2026 05:51:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P O Box 169005, Irving, TX 75016-9005 |
| 14376867 | + EDI: WFAUTO | Jul 16 2026 05:51:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14400601 | EDI: WFFC | Jul 16 2026 05:51:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14362741 | + EDI: WFAUTO | Jul 16 2026 05:51:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14362722 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14362731 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14362719 | ##+ | Amer Fst Fin, 7330 W. 33rd Street, Wichita, KS 67205-9369 |
| 14362720 | ##+ | Asset Maximization Group, Attn: Bankruptcy, PO Box 190191, South Richmond Hill, NY 11419-0191 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026 | Signature: | /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

**Name** | **Email Address**

ADAM BRADLEY HALL
on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

LAUREN BERSCHLER KARL
on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 lkarl@rascrane.com  lbkarl03@yahoo.com

MATTHEW K. FISSEL
on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

MEGAN N. HARPER
on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK

District/off: 0313-2                                    User: admin                                    Page 4 of 4

Date Rcvd: Jul 15, 2026                              Form ID: 3180W                              Total Noticed: 41

on behalf of Joint Debtor Ericka L Morales help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK

on behalf of Debtor Dennis R. Morales help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROGER FAY

on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 rfay@alaw.net  bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dennis R. Morales | Social Security number or ITIN   xxx–xx–8701 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Ericka L Morales | Social Security number or ITIN   xxx–xx–4931 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | |
| Case number:    19–14648–amc | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dennis R. Morales                                    Ericka L Morales

_7/14/26_                                              **By the court:** Ashely M. Chan
                                                       United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                **Chapter 13 Discharge**                page 2