Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

DENNIS R. MORALES
ERICKA L MORALES
3820 PALMETTO STREET
PHILADELPHIA, PA 19124

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 19-14648-AMC**

Petition Filed Date: 07/25/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 03/18/2020

Case Status: Completed on 6/ 5/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | $751.00 | | 09/09/2025 | $751.00 | | 11/10/2025 | $752.00 | |
| 12/08/2025 | $751.00 | | 01/06/2026 | $751.00 | | 02/05/2026 | $751.00 | |
| 03/09/2026 | $751.00 | | 04/06/2026 | $751.00 | | 05/11/2026 | $751.00 | |
| 06/05/2026 | $751.00 | | | | | | | |

**Total Receipts for the Period: $7,511.00 Amount Refunded to Debtor Since Filing: $181.00 Total Receipts Since Filing: $63,506.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01S | Secured Creditors | $19,424.00 | $19,424.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $72,468.68 | $1,148.06 | $71,320.62 |
| 3 | PHILADELPHIA PARKING AUTHORITY<br>»» 002 | Unsecured Creditors | $36.00 | $0.58 | $35.42 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $372.82 | $5.91 | $366.91 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 004 | Secured Creditors | $454.90 | $454.90 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 6 | WELLS FARGO AUTO<br>»» 06S | Secured Creditors | $21,600.00 | $21,600.00 | $0.00 |
| 7 | WELLS FARGO AUTO<br>»» 06U | Unsecured Creditors | $7,891.45 | $125.03 | $7,766.42 |
| 8 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 007 | Mortgage Arrears | $2,997.99 | $2,997.99 | $0.00 |
| 9 | US DEPARTMENT OF EDUCATION<br>»» 008 | Unsecured Creditors | $3,752.75 | $59.45 | $3,693.30 |
| 10 | PHILADELPHIA GAS WORKS<br>»» 009 | Unsecured Creditors | $120.01 | $1.89 | $118.12 |
| 11 | AMERICAN FIRST FINANCE<br>»» 010 | Unsecured Creditors | $1,291.79 | $20.46 | $1,271.33 |
| 12 | PYOD LLC<br>»» 011 | Unsecured Creditors | $1,299.27 | $20.58 | $1,278.69 |

**Chapter 13 Case No. 19-14648-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $104.06 | $104.06 | $0.00 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Priority Crediors | $6,712.61 | $6,712.61 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 15 | ASSET MAXIMIZATION GROUP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CCS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CCS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | SOUTHWEST CREDIT SYSTEMS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | VERIZON WIRELESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DENNIS R. MORALES | Debtor Refunds | $181.00 | $181.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $63,506.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $58,106.52 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,399.48 | Total Plan Base: | $63,325.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.