

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

01/04/2023



**OUR INFO**
ONLINE
**www.mrcooper.com**

**YOUR INFO**
LOAN NUMBER

PROPERTY ADDRESS
**3820 PALMETTO ST**
**PHILADELPHIA, PA 19124**

DENNIS MORALES
3820 PALMETTO ST
PHILADELPHI, PA 19124-5416

Dear Dennis Morales:

### Changes to Your Mortgage Interest Rate on 2/1/23 and Payment on 3/1/23.

Under the terms of your Adjustable Rate Mortgage (ARM), you had a 6 month period which your interest rate stayed the same. That rate ends on 2/1/23, so on that date your interest rate changes. After that, your interest rate and payment change every 6 months for the life of your loan. **Your interest rate is scheduled to change again on 8/1/23, which will be reflected on the account information on your monthly billing statement.**

|  | **Current Rate and Monthly Payment** | **New Rate and Monthly Payment** |
|---|---|---|
| Interest Rate | 8.050% | 9.050% |
| Principal | $169.22 | $161.04 |
| Interest | $210.79 | $235.70 |
| Escrow | $169.84 | $169.84 |
| **TOTAL MONTHLY PAYMENT** | $549.85 | $566.58 due 3/1/23 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR SIX-MONTH US DOLLAR DENOMINATED DEPOSITS and your margin is 4.700%. The AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR SIX-MONTH US DOLLAR DENOMINATED DEPOSITS is published DAILY IN THE PRINT EDITION OF THE WALL STREET JOURNAL.

**Rate Limits:** Your rate cannot go higher than 14.050%, or lower than 8.050%, over the life of the loan. Your rate on the first change cannot be increased by more than 3.000% or decreased by more than 0.000%. On all subsequent changes, your rate will not increase by more than 1.000% or decrease by more than 1.000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR SIX-MONTH US DOLLAR DENOMINATED DEPOSITS index, your margin of 4.700%, your loan balance of $31,252.97, and your remaining loan term of 120 months.

**Prepayment Penalty:** We will not assess a prepayment penalty at any time, in the event you would like to pay part or all of your mortgage balance.

*Please be advised, if your monthly payments are auto drafted from your bank account, changes to your monthly payment, per the terms of your Adjustable Rate Note, will be reflected in the amount deducted from your account.*

If you have any questions, your Dedicated Loan Specialist is Yolimar Acosta and can be reached at (866)-316-2432 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Thursday from 7

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY

a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper