# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Ericka L. Morales**<br>**Dennis R. Morales**<br>                    **Debtors** | **BK NO. 19-14648 AMC**<br><br>**Chapter 13** |
| **NEW RESIDENTIAL MORTGAGE**<br>**LOAN TRUST 2017-1**<br>                    **Movant**<br>        **vs.** | **Related to Claim No. 7-1** |
| **Ericka L. Morales**<br>**Dennis R. Morales**<br>                    **Debtors** | |
| **Scott F. Waterman, Esq**.<br>                    **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Michael P. Farrington, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 26, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Ericka L. Morales
3820 Palmetto Street
Philadelphia, PA 19124

Dennis R. Morales
3820 Palmetto Street
Philadelphia, PA 19124

Attorney for Debtors
Michael A. Cataldo2, Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Trustee
Scott F. Waterman , Esq.
2901 St. Lawrence Ave.
Suite 100 (VIA ECF)
Reading, PA 19606

Method of Service:  Electronic means or first-class mail.

Dated: January 26, 2023

                    **/s/Michael P. Farrington, Esq.**
                    Michael P. Farrington, Esq.
                    Attorney I.D. 329636
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    (215) 825-6488
                    mfarrington@kmllawgroup.com