# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Dennis R. Morales**<br>**Ericka L. Morales**<br><br>**Debtor(s)**<br><br>**NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1**<br>**Movant**<br>**vs.**<br><br>**Dennis R. Morales**<br>**Ericka L. Morales**<br>**Debtor(s)**<br><br>**Scott F. Waterman**,<br>**Trustee** | **BK NO. 19-14648 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 25, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below：

<u>Debtor(s)</u>
Ericka L. Morales
3820 Palmetto Street
Philadelphia, PA 19124

Dennis R. Morales
3820 Palmetto Street
Philadelphia, PA 19124

<u>Attorney for Debtors (via ECF)</u>
Michael A. Cibik, Esq.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

<u>Trustee (via ECF)</u>
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first-class mail

Dated: <u>April 25, 2023</u>

                                                  */s/ Michael P. Farrington*
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com